LOUIS J. HALL, Respondent, v. HARRY SIMON and MARY SIMON, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal

to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.